This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-37782**

**STATE OF NEW MEXICO,**

     Plaintiff-Appellee,

v.

**CHRISTOPHER CAIN,**

     Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Karen L. Townsend, District Court Judge**

Hector H. Balderas, Attorney General
Albuquerque, NM

for Appellee

L. Helen Bennett
Albuquerque, NM

for Appellant

## MEMORANDUM OPINION

**VANZI, Judge.**

**{1}** Defendant appeals from the district court's orders revoking his probation and denying his motion for reconsideration. In this Court's notice of proposed disposition, we proposed to summarily affirm. Defendant filed a memorandum in opposition conceding that, in light of the well-established standard of review and limited scope of review, and notwithstanding the significant additional legal research undertaken by appellate counsel and issues that may be asserted in other legal proceedings such as habeas, there is no arguable error or issue to be asserted in this appeal that could result in a disposition more favorable to Defendant. Accordingly, for the reasons stated in our notice of proposed disposition and herein, we affirm.

**{2}** IT IS SO ORDERED.

LINDA M. VANZI, Judge

WE CONCUR:

J. MILES HANISEE, Chief Judge

JULIE J. VARGAS, Judge